UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSIE LEE BIZZELL,

                              Plaintiff,

          -against-

MELANIE L. CYGANSKI; JONATHAN
LEVINE; LORENZO MARINVZZI.,

                              Defendant.

26 CIVIL 01755 (LLS)

## JUDGMENT

 

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated June 18, 2026, the Court dismisses this action without prejudice and bars Plaintiff from filing future actions IFP while he is incarcerated. See 28 U.S.C. § 1915(g). The Court warns Plaintiff that submitting frivolous documents may result in sanctions under 28 U.S.C. § 1651. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:**   New York, New York
         June 25, 2026

                                        **TAMMI M. HELLWIG**
                                        **Clerk of Court**

**BY:**

                                        **Deputy Clerk**